# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42ⁿᵈ Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

June 16, 2020

**MEMO ENDORSED**

Plaintiffs' request for an extension of time to file their motion for default judgment until July 8, 2020 is granted.

It is SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: 6/17/2020
New York, New York

**VIA ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re:     Maldonado Isidro et al v. The Bay Seafood Cuisine East 49th LLC
        19-cv-09101-ER

Your Honor:

    We represent Plaintiffs in the above-referenced matter.  We write to respectfully request a three week extension of time to file the motion for default judgment, from June 17, 2020 to July 8, 2020.

    The reason for the request is that our office has experienced difficulties in arranging for the five Plaintiffs in this action to finalize and sign their declarations in support of the default judgment motion.  This is at least in part due to the COVID-19 pandemic which makes it impossible for us to meet with the plaintiffs in person.

    This is the first request for an extension of time of this deadline.  Because the Defendants have not appeared since their attorneys withdrew, I have not contacted them to request their consent to this request.

    We thank the Court for its attention to this matter.

*Certified as a minority-owned business in the State of New York*

June 16, 2020
Page 2

Respectfully Submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy