**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
FELIX MALDONADO ISIDRO (a/k/a
GARY, GREGORIO ESTRADA
MALDONADO, and LUIS GUSTAVO
ESTRADA BASURTO, *individually and
on behalf of others similarly situated,*

      *Plaintiff,*

      -against-

THE BAY SEAFOOD CUISINE EAST 49TH
LLC, (d/b/a JASMINE RESTAURANT),
LEIDIAN LI, and MICHAEL DOE,

      *Defendants.*
-------------------------------------------------------X

19-cv-9101

**NOTICE OF PLAINTIFFS'
MOTION FOR DEFAULT
JUDGMENT**

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Kevin S. Johnson, dated July 29, 2020 and the exhibits annexed thereto, and the Declarations of Plaintiffs Felix Maldonado Isidro, Gregorio Estrada Maldonado, Luis Gustavo Estrada Basurto, Ricardo Isidoro Lopez, and Yu Lee Shih, and the accompanying Memorandum of Law, Plaintiffs will move this Court, before the Honorable Edgardo Ramos, at the United States Courthouse for the Southern District of New York, located at 40 Centre Street, New York, New York, on a date to be determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 55(b)(2) for a default judgment against Defendants The Bay Seafood Cuisine East 49th LLC (d/b/a Jasmine Restaurant), Leidian Li, and Michael Doe.

      PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1 any opposition to Plaintiff's motion shall be due fourteen days after service of this motion, and any reply by Plaintiff shall be due seven days after service of answering papers.

- 2 -

Dated:  New York, New York
         July 29, 2020

                                  Respectfully submitted,

                        By:   /s/Kevin S. Johnson
                                Kevin S. Johnson
                                MICHAEL FAILLACE & ASSOCIATES, P.C.
                                60 East 42nd Street, Suite 4510
                                New York, New York 10165
                                Telephone: (212) 317-1200
                                Facsimile: (212) 317-1620
                                *Attorneys for Plaintiffs*

TO:

The Bay Seafood Cuisine East 49th LLC (d/b/a Jasmine Restaurant)
216 E/ 49th Street
New York, New York 10017

Leidian Li
216 E/ 49th Street
New York, New York 10017

Michael Doe
216 E/ 49th Street
New York, New York 10017

- 2 -